FILED
CLERK, U.S. DISTRICT COURT
MAY 1 2 2017
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER MELENDEZ, | NO. CV 17-0048-JAK(E) |
|     Petitioner, | |
| v. | JUDGMENT |
| D. BAUGHMAN, | |
|     Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: MAY 1 2 2017, 2017.

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE